1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  JENNIFER SOSA, an individual,    No.  2:15-cv-02458-JAM-EFB

12           Plaintiff,

13      v.                           **ORDER GRANTING PLAINTIFF'S
                                     MOTION FOR ATTORNEY'S FEES AND**
14  CROWNING POINT SOLUTIONS,LLC,    **COSTS**
    a limited liability company;
15  and DOES 1 through 10,
    inclusive,
16
             Defendants.
17

18

19       Jennifer Sosa ("Plaintiff") was granted a default judgement

20  against Crowning Point Solutions, LLC, ("Defendant") for

21  violations of the Federal Fair Debt Collection Practices Act and

22  the California Rosenthal Fair Debt Collection Practices Act.[1]

23  ECF No. 14.  Now before the Court is Plaintiff's unopposed Motion

24  for Attorney's Fees and Costs.  After considering all matters

25  presented to the Court, the Court GRANTS Plaintiff's Motion for

26  _____

27  [1] This motion was determined to be suitable for decision without
    oral argument.  E.D. Cal. L.R. 230(g).  The hearing was
28  scheduled for November 1, 2016.

1 Attorney's Fees and Costs.   Defendant Crowning Point Solutions,

2 LLC, is ordered to pay Plaintiff $4,629.95 in attorneys' fees and

3 costs:

4   IT IS SO ORDERED.

5   Dated:   November 23, 2016

6

7            JOHN A. MENDEZ,
             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28